# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1379
_____

TEDDY SHAWN STOKES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

September 11, 2024

PER CURIAM.

The Court dismisses the petition for writ of mandamus because Petitioner has not demonstrated a clear legal right to relief. *See Earl v. State*, 314 So. 3d 1253, 1255 (Fla. 2021) (explaining that criminal defendants are not entitled to correct unlawfully lenient sentences).

RAY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Teddy Shawn Stokes, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.